## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

PAUL EDWARD KINCAID,              )
                                  )
        Petitioner,               )
                                  )
               v.                 )        No.  10-3010
                                  )
UNITED STATES OF AMERICA,         )
                                  )
        Respondent.               )

### OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Petition under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (d/e 1).  The Court now makes the initial consideration of Petitioner's Petition under Rule 4 of the Rules Governing § 2255 Cases.

After a review of the Petition, this Court finds that a summary dismissal is not warranted.  Therefore, pursuant to Rule 4, the Court directs the United States to respond to Petitioner's Petition.  The response shall discuss the merits and the procedural posture of the Petition.  See Rule 5 of the Rules Governing § 2255 Cases.

THEREFORE, the United States Attorney is ordered to file an answer

1

pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2255 Cases to Petitioner's Petition or before March 15, 2010. Any reply by the Petitioner is due by April 30, 2010.

IT IS THEREFORE SO ORDERED.

ENTER:   January 19, 2010

      FOR THE COURT:

                                    s/  Jeanne E. Scott
                                    JEANNE E. SCOTT
                                    UNITED STATES DISTRICT JUDGE